UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

USA,

          Plaintiff.

    v.

ADAM PAISO,

          Defendant.

Case No.  01-fj-05023-MAG  (JCS)

**ORDER TO SHOW CAUSE**

    IT IS HEREBY ORDERED that Defendant Adam Paiso shall appear on **August 1, 2014, at 9:00 a.m.,** before Magistrate Judge Joseph C. Spero, in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why he should not be sanctioned for his failure to appear pursuant to the Order for Judgment Debtor Exam dated April 23, 2014, and why a bench warrant for his failure to appear should not issue, or in the alternative, Defendant Adam Paiso may submit himself to an examination on **August 1, 2014, at 9:00 a.m.**

    IT IS SO ORDERED.

Dated: May 20, 2014

_____
JOSEPH C. SPERO
United States Magistrate Judge