UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>          Plaintiff.<br><br>  v.<br><br>ADAM PAISO,<br><br>          Defendant. | Case No.  01-fj-05023-MAG  (JCS)<br><br>**ORDER TO SHOW CAUSE** |

IT IS HEREBY ORDERED that Defendant Adam Paiso shall appear on **October 3, 2014, at 9:00 a.m.,** before Magistrate Judge Joseph C. Spero, in Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why he should not be held in contempt of court for his failure to appear on August 1, 2014, and September 19, 2014, pursuant to this Court's orders, why he should not be sanctioned for his failure to appear at the Order for Judgment Debtor Exam scheduled for September 19, 2014, and why a bench warrant for his failure to appear should not issue, or in the alternative, Defendant Adam Paiso may submit himself to an examination on **October 3, 2014, at 9:00 a.m.**

IT IS SO ORDERED.

Dated:  September 23, 2014

_____
JOSEPH C. SPERO
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>         Plaintiff,<br><br>   v.<br><br>ADAM PAISO,<br><br>         Defendant. | Case No.  01-fj-05023-MAG   (JCS)<br><br>**CERTIFICATE OF SERVICE** |

   I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

   That on 9/23/2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Adam  Paiso
Livermore Chiropractic & Wellness Center
4049 First Street
suite 126
Livermore, CA 94551


Dated: 9/23/2014


                                                              Richard W. Wieking
                                                              Clerk, United States District Court

                                                              By:___*Karen L. Hom*___
                                                              Karen Hom, Deputy Clerk to the
                                                              Honorable JOSEPH C. SPERO

2